ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SAMMY L. KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 305-056 |
| | ) | |
| RHETT WALKER, | ) | |
| Clerk of Superior Court, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Honorable H. Frederick Mullis, Jr. and Daniel M. King, Jr. are **DISMISSED** from this case.

SO ORDERED this 26th day of August, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Southern District of Georgia

Sammy L. Knox                                   )

vs                                              )    CASE NUMBER  CV305-56

Rhett Walker                                    )    DIVISION  DUBLIN

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/26/05, which is part of the official record of this case.

Date of Mailing:  8/26/05

Date of Certificate   [X] same date,   or _____

Scott L. Poff, Clerk

By: WPrescott
    Deputy Clerk

**Name and Address**

Sammy L. Knox GDC77726 Dodge State Prison PO Box 276 Chester, Ga. 31012

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate