IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
TRICT COURT
HNAH DIV.

2005 AUG 31 PM 4: 37

CLERK
SO

| | | |
|---|---|---|
| SAMMY L. KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 305-056 |
| | ) | |
| RHETT WALKER, | ) | |
| Clerk of Superior Court, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**O R D E R**

---

After a careful *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the Honorable H. Frederick Mullis, Jr. and Daniel M. King, Jr. are

**DISMISSED** from this case.

SO ORDERED this 20 day of August, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## *Southern District of Georgia*

Sammy L. Knox

_____ )

vs                                )          CASE NUMBER   CV305-56 _____

Rhett Walker                      )          DIVISION      DUBLIN _____

_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated 8/31/05 _____, which is part of the official record of this case.

Date of Mailing:        8/31/05 _____

Date of Certificate          [X] same date,      or   _____

                                        Scott L. Poff,  Clerk


                             By:   WPrescott _____
                                        Deputy Clerk

Name and Address

Sammy L Knox GDC777726 Dodge State Prison PO. Box 276 Chester, Ga.   31012


                                             [ ]  Copy placed in Minutes
                                             [X]  Copy given to Judge
                                             [ ]  Copy given to Magistrate