ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 27 PM 5: 02

CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

SAMMY L. KNOX,            )
                          )
        Plaintiff,        )
                          )
    v.                    )    CV 305-56
                          )
RHETT WALKER,             )
                          )
        Defendant.        )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion for entry of default judgment is **DENIED**.

SO ORDERED this 27th day of July, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT